**SAN LUIS OBISPO MOTHERS FOR PEACE, et al.**

v.

**UNITED STATES NUCLEAR REGULATORY COMMISSION and the United States of America.**

No. 84–1410.

United States Court of Appeals, District of Columbia Circuit.

May 1, 1985.

Before ROBINSON, Chief Judge, and WRIGHT, TAMM, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA and STARR, Circuit Judges.

ORDER

PER CURIAM.

Upon consideration of petitioners' motion for leave to file exhibits in support of the

suggestion for rehearing *en banc*, the responses thereto, and of the suggestion for rehearing *en banc*, it is

ORDERED, by the Court *en banc*, that the motion for leave to file exhibits is granted, and it is

FURTHER ORDERED, by the Court *en banc*, that petitioners' suggestion for rehearing *en banc* is granted in part, and it is

FURTHER ORDERED, by the Court *en banc*, that only Section III.B of the Court's opinion, 751 F.2d 1287 and the corresponding part of the judgment of the Court, issued on December 31, 1984, are hereby vacated, and it is

FURTHER ORDERED, by the Court *en banc*, that the full power operating license remains in effect and is not stayed pending the rehearing *en banc*.

BORK, Circuit Judge would deny the motion for leave to file exhibits in support of the suggestion and would deny the suggestion.